UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

                                 ORDER ADOPTING
vs.                        REPORT AND RECOMMENDATION

Jacob John Lussier, a/k/a
Jacob John Martin,

        Defendant.                  Crim. No. 06-366(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendant's Motion to Suppress Eyewitness Identifications [Docket No. 23] is denied.

                                                    s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court Judge

DATED: January 3, 2007
At Minneapolis, Minnesota